# UNITED STATES DISTRICT COURT

District of _____

Sandra Crane as she is the Fund Manager of the
New England Teamsters and Baking Industry
Health Benefits and Insurance Fund

V.

Frito-Lay, Inc.

**SUMMONS IN A CIVIL CASE**

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

**05 10145 GAO**

TO: (Name and address of Defendant)

Frito-Lay, Inc.
337 Ballardvale Street
Wilmington, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

FEBRUARY 2, 2005

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day SERVED the within named*   FRITO-LAY INC

*by delivering to*   JUNE O'BRIEN, ZONE ASSISTANT, 9:45 AM

**X**   *in hand*

*No.*   337 BALLARDVALE STREET
*in the*   WILMINGTON   *District of said*   MIDDLESEX   *County an attested copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET AND CATEGORY SHEET*

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 25 *miles in the service of this process*

_____
Process Server