UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB 23  P 2: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>Defendant. | Civil Action No. 05-10145 (GAO) |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2(a), please enter the appearance of Barbara S. Hamelburg and David C. Kurtz of Foley Hoag LLP as counsel for Defendant Frito-Lay, Inc. in the above-captioned matter.

Respectfully submitted,

FRITO-LAY, INC.,

By its attorneys,

Barbara S. Hamelburg (BBO # 218670)
David C. Kurtz (BBO # 641380)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: February 23, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on _____

FHBOSTON/2717284.1