UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 23  P 2: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>    Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>    Defendant. | Civil Action No. 05-10145 (GAO) |

## ASSENTED-TO MOTION TO EXTEND DEADLINE
## TO SERVE RESPONSIVE PLEADING

Defendant Frito-Lay, Inc. ("Frito-Lay") hereby moves that the deadline for its service of a responsive pleading in this action be extended until **March 22, 2005**. As grounds therefore, Frito-Lay states as follows:

1.  Frito-Lay requires the additional time to adequately investigate and respond to the issues raised by the Complaint.

2.  The extension will not delay the timely processing of this action or prejudice the parties.

3.  Plaintiff has assented to this motion.

FHBOSTON/2587919.1

WHEREFORE, Frito-Lay respectfully requests that the deadline for its submission of a responsive pleading be extended until March 22, 2005.

Respectfully submitted,

FRITO-LAY, INC.,

By its attorneys,

_____
Barbara S. Hamelburg (BBO # 218670)
David C. Kurtz (BBO # 641380)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

**ASSENTED TO:**

SANDRA CRANE as she is the
FUND MANAGER of the NEW ENGLAND
TEAMSTERS and BAKING INDUSTRY
HEALTH BENEFITS and INSURANCE
FUND,

By her attorney,

_____
Matthew E. Dwyer (BBO #139840)
Dwyer, Duddy & Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: February 23, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on_____

FHBOSTON/2587919.1                    - 2 -