UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 23 P 2: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

SANDRA CRANE as she is the )
FUND MANAGER of the NEW ENGLAND )
TEAMSTERS and BAKING INDUSTRY )
HEALTH BENEFITS and INSURANCE )
FUND, )
)
Plaintiff, ) Civil Action No. 05-10145 (GAO)
)
v. )
)
FRITO-LAY, INC., )
)
Defendant. )

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed R. Civ. P. 7.1 and Local Rule 7.3, Defendant Frito-Lay, Inc. hereby discloses that it is a division of its parent corporation, PepsiCo, Inc.

Respectfully submitted,

FRITO-LAY, INC.,

By its attorneys,

_____
Barbara S. Hamelburg (BBO # 218670)
David C. Kurtz (BBO # 641380)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: February 23, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on _____

FHBOSTON/2717272.1