UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>       Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>       Defendant. | Civil Action No. 05-10145-MLW |

## SECOND ASSENTED-TO MOTION TO EXTEND DEADLINE TO SERVE RESPONSIVE PLEADING

Defendant Frito-Lay, Inc. ("Frito-Lay") hereby moves that the deadline for its service of a responsive pleading in this action be extended until **March 29, 2005**. As grounds therefore, Frito-Lay states as follows:

1.     Frito-Lay requires the additional time to adequately investigate and respond to the issues raised by the Complaint.

2.     The additional one week extension will not delay the timely processing of this action or prejudice the parties. Barring extraordinary circumstances, Frito-Lay will not request any further extension.

3.     Plaintiff has assented to this motion

B3007907.1

WHEREFORE, Frito-Lay respectfully requests that the deadline for its submission of a responsive pleading be extended until March 29, 2005.

Respectfully submitted,

FRITO-LAY, INC.,

By its attorneys,

_____
Barbara S. Hamelburg (BBO # 218670)
David C. Kurtz (BBO # 641380)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

**ASSENTED TO:**

SANDRA CRANE as she is the
FUND MANAGER of the NEW ENGLAND
TEAMSTERS and BAKING INDUSTRY
HEALTH BENEFITS and INSURANCE
FUND,

By her attorney,

_____
Matthew E. Dwyer (BBO #139840)
Dwyer, Duddy & Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: March 21, 2005

B3007907.1

- 2 -