UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 11  P 2: 33

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>Defendant. | Civil Action No. 05-10145-MLW |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Rule 83.5.3(b), defendant Frito-Lay, Inc. ("Frito-Lay"), through counsel, hereby moves that R. Slaton Tuggle, III, Thomas H. Christopher and John W. Alden be granted leave to appear and practice in this Court *pro hac vice* as counsel for Frito-Lay in the above-captioned matter. As grounds for this motion, moving counsel states the following:

1. Moving counsel are members in good standing of the bar of this Court and have filed a notice of appearance in this action.

2. As set forth in his Local Rule 83.5.3(b) certificate (attached hereto as Exhibit A), Mr. Tuggle: (a) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (b) has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (c) is familiar with the Local Rules of this Court.

3. As set forth in his Local Rule 83.5.3(b) certificate (attached hereto as Exhibit B), Mr. Christopher: (a) is a member of the bar in good standing in every jurisdiction where he has

B3018409.1

been admitted to practice; (b) has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (c) is familiar with the Local Rules of this Court.

4.  As set forth in his Local Rule 83.5.3(b) certificate (attached hereto as <u>Exhibit C</u>), Mr. Alden: (a) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (b) has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (c) is familiar with the Local Rules of this Court.

5.  Plaintiff has assented to this Motion.

WHEREFORE, moving counsel requests that R. Slaton Tuggle, III, Thomas H. Christopher and John W. Alden be granted leave to appear and practice on behalf of Frito-Lay in this matter.

Respectfully submitted,

FRITO-LAY, INC.,

By its attorneys,

_____
Barbara S. Hamelburg (BBO # 218670)
David C. Kurtz (BBO # 641380)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

ASSENTED TO:

SANDRA CRANE as she is the
FUND MANAGER of the NEW ENGLAND
TEAMSTERS and BAKING INDUSTRY
HEALTH BENEFITS and INSURANCE
FUND,

By her attorney,

_____
Matthew E. Dwyer (BBO #139840)
Dwyer, Duddy & Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108-1804
(617) 723-9777

Dated: April 8, 2005

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify in accordance with Local Rule 7.1(A)(2) that I conferred in good faith with counsel for Plaintiff in an attempt to narrow the issues presented in this Motion. As a result, counsel for Plaintiff has assented to this Motion.

_____
David C. Kurtz

### CERTIFICATE OF SERVICE

On April 8, 2005, I, David C. Kurtz, hereby caused a copy of the above motion (and attachment) to be served, via first class mail, upon Matthew E. Dwyer, Esq., counsel of record for Plaintiff.

_____
David C. Kurtz

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND, <br><br> Plaintiff, <br><br> v. <br><br> FRITO-LAY, INC., <br><br> Defendant. | Civil Action No. 05-10145-MLW |

## CERTIFICATE OF R. SLATON TUGGLE, III

I, R. Slaton Tuggle, III, hereby certify as follows:

1. I am an attorney practicing with the law firm of Kilpatrick Stockton LLP, Suite 2800, 1100 Peachtree Street, Atlanta, Georgia 30309. I submit this certification so that I may appear and practice in this Court *pro hac vice* as counsel for Defendant Frito-Lay, Inc. in the above-captioned matter.

2. I am admitted to the bars of the following courts/states:

| Jurisdiction | Year of Admission |
|---|---|
| State Bar of Georgia | 1977 |
| Supreme Court of Georgia | 1977 |
| United States District Court, Northern District of Georgia | 1977 |
| Tenth Circuit, United States Court of Appeals | 1978 |
| Fourth Circuit, United States Court of Appeals | 1980 |
| Eleventh Circuit, United States Court of Appeals | 1981 |
| United States Supreme Court | 1983 |
| Ninth Circuit, United States Court of Appeals | 1983 |

ATLLIB01 1965199.1

- 2 -

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Rules of the United States District Court for the District of Massachusetts.

This 5th day of April, 2005.

_R. Slaton Tuggle_
R. SLATON TUGGLE, III

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDRA CRANE as she is the )
FUND MANAGER of the NEW ENGLAND )
TEAMSTERS and BAKING INDUSTRY )
HEALTH BENEFITS and INSURANCE )
FUND, )
 )
    Plaintiff, )    Civil Action No. 05-10145-MLW
 )
v. )
 )
FRITO-LAY, INC., )
 )
    Defendant. )

## CERTIFICATE OF THOMAS H. CHRISTOPHER

I, Thomas H. Christopher, hereby certify as follows:

1.    I am an attorney practicing with the law firm of Kilpatrick Stockton LLP, Suite 2800, 1100 Peachtree Street, Atlanta, Georgia 30309. I submit this certification so that I may appear and practice in this Court *pro hac vice* as counsel for Defendant Frito-Lay, Inc. in the above-captioned matter.

2.    I am admitted to the bars of the following courts/states:

| Jurisdiction | Year of Admission |
| --- | --- |
| Supreme Court of Alabama | 1976 |
| Supreme Court of Georgia | 1977 |
| State Bar of Georgia | 1977 |
| United States District Court for the Middle District of Alabama | 1977 |
| United States Supreme Court | 1983 |

ATLLIB01 1967276.1

- 2 -

| Jurisdiction | Year of Admission |
|---|---|
| United States Court of Appeals for the Fifth Circuit | 1981 |
| United States Court of Appeals for the Sixth Circuit | 1988 |
| United States Court of Appeals for the Seventh Circuit | 1979 |
| United States Court of Appeals for the Ninth Circuit | 1987 |
| United States Court of Appeals for the Tenth Circuit | 2003 |
| United States Court of Appeals for the Eleventh Circuit | 1981 |
| United States District Court for the Northern District of California | 1987 |
| United States District Court for the Northern District of Georgia | 1978 |
| United States District Court for the Middle District of Georgia | 1988 |
| United States District Court for the Eastern District of Michigan | 1998 |
| United States District Court for the Northern District of Alabama | 2000 |
| United States District Court for the District of Colorado | 2002 |

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Rules of the United States District Court for the District of Massachusetts.

ATLLIB01 1967276.1

- 3 -

This ___5th___ day of April, 2005.

                                                /s/ Thomas H. Christopher
                                                Thomas H. Christopher

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>    Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>    Defendant. | Civil Action No. 05-10145-MLW |

## CERTIFICATE OF JOHN W. ALDEN

I, John W. Alden, hereby certify as follows:

1. I am an attorney practicing with the law firm of Kilpatrick Stockton LLP, Suite 2800, 1100 Peachtree Street, Atlanta, Georgia 30309. I submit this certification so that I may appear and practice in this Court *pro hac vice* as counsel for Defendant Frito-Lay, Inc. in the above-captioned matter.

2. I am admitted to the bars of the following courts/states:

| Jurisdiction | Year of Admission |
|---|---|
| State Bar of Georgia | 1997 |
| United States District Court for the Northern District of Georgia | 1998 |
| United States Court of Appeals for the 10th Circuit | 1998 |
| United States Court of Appeals for the 11th Circuit | 1998 |

ATLLIB01 1965194.1

- 2 -

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Rules of the United States District Court for the District of Massachusetts.

This 7TH day of April, 2005.

*[signature]*
John W. Alden