# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SANDRA CRANE as she is the**<br>**FUND MANAGER of the NEW ENGLAND**<br>**TEAMSTERS and BAKING INDUSTRY**<br>**HEALTH BENEFITS and INSURANCE**<br>**FUND,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**FRITO-LAY, INC.,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  05-10145-MLW

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance in the above-captioned action on behalf of the Plaintiff,

Sandra Crane, as she is the Fund Manager of the New England Teamsters and Baking Industry

Health Benefits and Insurance Fund.


For the Plaintiff
**SANDRA CRANE**
**FUND MANGER of the NEW ENGLAND**
**TEAMSTERS and BAKING INDUSTRY**
**HEALTH BENEFITS and INSURANCE FUND,**
By her attorney,


/s/ Kathleen A. Pennini
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy & Facklam
Attorneys at Law, P.C.
One Center Plaza, Suite 360
Boston, MA  02108-1804
(617) 723-9777

Date:   August 19, 2005

## <u>CERTIFICATE OF SERVICE</u>

I, Kathleen A. Pennini, hereby certify that on August 19, 2005, a copy of the attached Notice of Appearance was sent, via first–class mail, to:

Barbara S. Hamelburg
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA  02108

David C. Kurtz
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA  02108

John W. Alden
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  3039-4530

R. Slaton Tuggle
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  3039-4530

Thomas H. Christopher
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  3039-4530

/s/ Kathleen A. Pennini_____<br>Kathleen A. Pennini

f:\bakeryfund\frito lay\pldgs\not.app.kap.doc:blg