UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA CRANE as she is the<br>FUND MANAGER of the NEW ENGLAND<br>TEAMSTERS and BAKING INDUSTRY<br>HEALTH BENEFITS and INSURANCE<br>FUND,<br><br>    Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>    Defendant. | Civil Action No. 05-10145-MLW |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND ALLOW OUT-OF-TOWN COUNSEL TO APPEAR BY TELEPHONE

Plaintiff Sandra Crane ("Crane") and Defendant Frito-Lay, Inc. ("Frito-Lay") hereby jointly move that (1) the Rule 16 Scheduling Conference currently set for September 8, 2005 at 11:00 AM be continued until one of the following dates: **October 3, 6, 7 or 19, 2005**; and (2) Atlanta-based counsel who have been admitted *pro hac vice* in this matter be allowed to appear for the Scheduling Conference via telephone.

As grounds therefor, the parties state as follows:

    1.    Lead counsel for both Crane and Frito-Lay had already scheduled other commitments for September 8, 2005 at 11:00 AM prior to the arrival of the Court's Notice of Scheduling Conference. The parties conferred with respect to the schedules of counsel and have joint availability on the suggested dates listed above.

B3089956.1

2. Attorney R. Slaton Tuggle, III, of Kilpatrick Stockton LLP's Atlanta office, is serving as lead counsel for Frito-Lay in this matter. At least one attorney from Foley Hoag LLP, local counsel for Frito-Lay, will appear in person should Attorney Tuggle (and his colleagues who have been admitted *pro hac vice*) be granted leave to appear telephonically.

WHEREFORE, the parties respectfully move that: (1) the Rule 16 Scheduling Conference be continued until one of the following dates: October 3, 6, 7 or 19, 2005 (or another mutually available date); and (2) that Atlanta-based counsel be allowed to appear for the Scheduling Conference via telephone.

| | |
|---|---|
| FRITO-LAY, INC.<br><br>By its attorneys,<br><br>_____<br>Barbara S. Hamelburg (BBO # 218670)<br>David C. Kurtz (BBO # 641380)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02110-2600<br>(617) 832-1000<br><br>    -and-<br><br>R. Slaton Tuggle, III (*pro hac vice*)<br>Thomas H. Christopher (*pro hac vice*)<br>John W. Alden (*pro hac vice*)<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br><br>Dated: September 1, 2005 | SANDRA CRANE as she is the<br>FUND MANAGER of the NEW<br>ENGLAND TEAMSTERS and BAKING<br>INDUSTRY HEALTH BENEFITS and<br>INSURANCE FUND,<br><br>By her attorneys,<br><br>_Kathleen Pennini / DK ( w/permission )_<br>_____<br>Matthew E. Dwyer (BBO # 139840)<br>Kathleen A. Pennini (BBO # 654573)<br>Dwyer, Duffy & Facklam<br>Attorneys at Law, P.C.<br>One Center Plaza, Suite 360<br>Boston, MA 02108-1804<br>(617) 723-9777 |