UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
SANDRA CRANE as she is the                  )
FUND MANAGER of the NEW ENGLAND )
TEAMSTERS and BAKING INDUSTRY  )
HEALTH BENEFITS and INSURANCE  )
FUND,                                                     )
                                                          )
      Plaintiff,                                        )        Civil Action No. 05-10145-MLW
                                                          )
v.                                                         )
                                                          )
FRITO-LAY, INC.,                                 )
                                                          )
      Defendant.                                     )
_____)

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 16, Local Rule 16.1 and this Court's Notice of Scheduling Conference, the parties submit this Joint Statement. Counsel for the parties have conferred concerning all matters herein, and have agreed in full upon this Joint Statement.

I.    **Discovery and Motions Schedule**

    A.    Fed R. Civ. P. 26(a)(1) Initial Disclosures by **November 14, 2005** (6 weeks following the initial scheduling conference)

    B.    Service of initial written discovery by **April 3, 2006** (6 months following the initial scheduling conference)

    C.    Completion of depositions by **August 3, 2006** (10 months following the initial scheduling conference).

    D.    Motions pursuant to Fed R. Civ. P. 56 filed by **October 3, 2006** (2 months following the completion of discovery); and

    E.    Pretrial conference per order of the Court following the Court's resolution of any motions pursuant to Fed. R. Civ. P. 56.

B3100740.1

- 2 -

## II. Phased Discovery

The parties have determined that conducting "phased discovery" would be neither beneficial nor desirable in this matter.

## III. Trial Before Magistrate Judge

Neither party consents at this time to trial of this action before a Magistrate Judge.

## IV. Local Rule 16.1(D)(3) Certifications

The parties' Local Rule 16.1(D)(3) Certifications will be filed separately.

| FRITO-LAY, INC. | SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND, |
|---|---|
| By its attorneys, | By her attorneys, |
| *[signature]* | *Kathleen Pennini/DK (w/permission)* |
| Barbara S. Hamelburg (BBO # 218670) <br> David C. Kurtz (BBO # 641380) <br> Foley Hoag LLP <br> 155 Seaport Boulevard <br> Boston, MA 02110-2600 <br> (617) 832-1000 | Matthew E. Dwyer (BBO # 139840) <br> Kathleen A. Pennini (BBO # 654573) <br> Dwyer, Duddy & Facklam <br> Attorneys at Law, P.C. <br> Two Center Plaza, Suite 430 <br> Boston, MA 02108-1804 <br> (617) 723-9777 |

-and-

R. Slaton Tuggle, III (*pro hac vice*)
Thomas H. Christopher (*pro hac vice*)
John W. Alden (*pro hac vice*)
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500

Dated: September 28, 2005