UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>Defendant. | Civil Action No. 05-10145 |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1

The undersigned party and counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Sandra Crane,
Fund Manager of the New England
Teamsters and baking Industry Health
Benefits and Insurance Plan

_____
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

f:\bakeryfund\frito lay\pldgs\certificate.compliance.lr16.1.doc:blg