UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>    Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>    Defendant. | Civil Action No. 05-10145-MLW |

## JOINT MOTION TO EXTEND DEADLINE
## FOR SUBMISSION OF JOINT STATEMENT

Plaintiff Sandra Crane ("Crane") and Defendant Frito-Lay, Inc. ("Frito-Lay") hereby jointly move that the deadline for the submission of the Local Rule 16.1(D) Joint Statement be extended until **Friday, September 30, 2005.**

As grounds therefor, the parties state as follows:

1. The Rule 16(b) Scheduling Conference in this matter has been scheduled for October 3, 2005. Although the parties conferred timely for the purpose of preparing a Joint Statement, unforeseen scheduling difficulties prevented the parties from finalizing it for filing with the Court in accordance with the deadline set by Local Rule 16.1(D).

2. The parties submitted the Joint Statement (absent the Local Rule 16.1(D)(3) certification by Frito-Lay) on Wednesday, September 28, 2005.

B3101360.1

3. Because the bulk of the Joint Statement has been submitted three business days prior to the Scheduling Conference, the extension will not prejudice the Court's ability to conduct the Scheduling Conference in a complete and meaningful manner.

WHEREFORE, the parties respectfully move that that the deadline for the submission of the Local Rule 16.1(D) Joint Statement be extended until Friday, September 30, 2005.

| | |
|---|---|
| FRITO-LAY, INC.<br><br>By its attorneys,<br><br>_/s/_<br>Barbara S. Hamelburg (BBO # 218670)<br>David C. Kurtz (BBO # 641380)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02110-2600<br>(617) 832-1000<br><br>-and-<br><br>R. Slaton Tuggle, III (*pro hac vice*)<br>Thomas H. Christopher (*pro hac vice*)<br>John W. Alden (*pro hac vice*)<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br><br>Dated: September 29, 2005 | SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>By her attorneys,<br><br>_Kathleen Pennini / DK (w/permission)_<br>Matthew E. Dwyer (BBO # 139840)<br>Kathleen A. Pennini (BBO # 654573)<br>Dwyer, Duddy & Facklam<br>Attorneys at Law, P.C.<br>Two Center Plaza, Suite 430<br>Boston, MA 02108-1804<br>(617) 723-9777 |