UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>    Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>    Defendant. | Civil Action No. 05-10145-MLW |

## FRITO-LAY, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3), Defendant Frito-Lay, Inc. and its undersigned counsel hereby certify that they have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_/s/ R. Slaton Tuggle_
R. Slaton Tuggle, III (pro hac vice)
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500

Dated: September 29, 2005

_/s/ William H. Brennan_
William H. Brennan
Vice President, Labor Relations
Frito-Lay, Inc.
7701 Legacy Drive, 3C-165
Plano, Texas 75024-4099

Dated: September 29, 2005

B3099648.1