# DWYER, DUDDY and FACKLAM
ATTORNEYS AT LAW, P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS 02108-1804

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
KATHLEEN A. PENNINI
BRIAN P. FOX

†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

TEL 617-723-9777

FAX 617-227-8692

January 6, 2006

The Honorable Mark Wolf
c/o Dennis O'Leary
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

  Re: **Crane v. Frito-Lay, Inc.**
     Civil Action No. 05-10145-MLW

Dear Judge Wolf:

  Please accept this letter as the status report requested by the Court concerning the status of the parties' settlement discussions. Following the Scheduling Conference, the Plaintiff sent a demand to the Defendant that included information concerning how the calculation was made. The parties also exchanged the disclosures required by Local Rule 26.2. Subsequently, the parties have had discussions concerning the possibility of reaching a settlement in this matter. Currently, the Plaintiff is considering the latest offer made by the Defendant. The parties plan to continue settlement discussions and are hopeful that such discussions will ultimately lead to a settlement in this matter. At this time, the parties do not wish to participate in mediation, but will keep the Court informed if they decide otherwise.

  At this time, the parties request that the Court assign another date by which they should give an update on the status of their negotiations.

            Very truly yours,

            */s/ Matthew E. Dwyer*
            Matthew E. Dwyer

MED/kap

  cc: Slaton Tuggle, Esq.
     Sandra Crane
     David Kurtz, Esq.

f:\bakeryfund\frito lay\ltr\01.06.06.judgewolf.status.update.doc:blg