# DWYER, DUDDY and FACKLAM
### ATTORNEYS AT LAW, P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS 02108-1804

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
KATHLEEN A. PENNINI
BRIAN P. FOX

†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

TEL 617-723-9777

FAX 617-227-8692

March 17, 2006

The Honorable Mark Wolf
c/o Dennis O'Leary
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

  Re: **Crane v. Frito-Lay, Inc.**
    Civil Action No. 05-10145-MLW

Dear Judge Wolf:

  Please accept this letter as the status report requested by the Court concerning the status of the parties' settlement discussions. The parties have engaged in discussions concerning the possibility of reaching a settlement in this matter. Since the date of last status report in this matter, the parties have exchanged additional offers and counter-offers. The Defendant recently made an counteroffer in response to the Plaintiff's latest demand. The parties plan to continue settlement discussions and to conduct discovery if the settlement negotiations do not prove to be fruitful. At this time, the parties do not wish to participate in mediation, but will keep the Court informed if they decide otherwise.

            Very truly yours,

            *Kathleen A. Pennini*
            Kathleen A. Pennini

cc: Slaton Tuggle, Esq.
   Sandra Crane
   David Kurtz, Esq.

f:\bakeryfund\frito lay\ltr\03.17.06.judgewolf.statusupdate.doc:blg