UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA CRANE as she is the FUND MANAGER of the NEW ENGLAND TEAMSTERS and BAKING INDUSTRY HEALTH BENEFITS and INSURANCE FUND,<br><br>    Plaintiff,<br><br>v.<br><br>FRITO-LAY, INC.,<br><br>    Defendant. | Civil Action No. 05-10145-MLW |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), as the Plaintiff and Defendants have agreed to settle the above-captioned matter, the parties hereby stipulate to dismiss the above-referenced complaint with prejudice and with each party to bear its own costs.

Dated: _____

NEW ENGLAND TEAMSTERS AND
BAKING INDUSTRY HEALTH BENEFITS
AND INSURANCE FUND

By_____
    Matthew E. Dwyer
    B.B.O. #139840
    Dwyer, Duddy and Facklam
    Attorneys at Law, P.C.
    Two Center Plaza, Suite 430
    Boston, MA 02108-1804
    (617) 723-9777

Dated: 20 June 2006

FRITO-LAY, INC.

By_____
    R. Slaton Tuggle, III
    Georgia Bar No. 718325
    Thomas H. Christopher
    Georgia Bar No. 125512
    John W. Alden
    Georgia Bar No. 008074
    KILPATRICK STOCKTON LLP
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia 30309
    (404) 815-6500

    David C. Kurtz
    B.B.O. #641380
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, Massachusetts 02210
    (617) 832-1000

9361133.1